# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| MAXIMO CARRIERA, | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:18-cv-24 |
| v. | * | |
| WARDEN TRACY JOHNS, | * | |
| Respondent. | * | |

## ORDER

The Court has conducted an independent and *de novo* review of the entire record and concurs with and **ADOPTS** the Magistrate Judge's Report and Recommendation, dkt. no. 9. Petitioner Maximo Carriera ("Carriera") did not file Objections to the Report and Recommendation. Thus, the Court **DISMISSES without prejudice** Carriera's 28 U.S.C. § 2241 Petition, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Carriera *in forma pauperis* status on appeal.

**SO ORDERED**, this 28 day of September, 2018.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)